**JAMES CONSTRUCTION GROUP, LLC, formerly known as Angelo Iafrate Construction LLC, Plaintiff–Appellant**

v.

**DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD, Defendant–Appellee.**

No. 04–10271.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 2, 2004.

Murphy J. Foster, III, Steven Bernard Loeb, Breazeale, Sachse & Wilson, Baton Rouge, LA, for Plaintiff–Appellant.

Luis A. Galindo, Fort Worth, TX, for Defendant–Appellee.

Before KING, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for essentially the reasons set forth in the district court's Memorandum Opinion and Order filed February 10, 2004. All pending motions are denied.

AFFIRMED. MOTIONS DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.